SEAN P. NALTY (SBN 121253)
CHRISTINA R. VAN WERT (SBN 242741)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:    (415) 433-0990
Fax:   (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and THE PERMANENTE MEDICAL GROUP, INC.
LONG TERM DISABILITY PLAN FOR PHYSICIANS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCLEAN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA; THE PERMANENTE MEDICAL GROUP, INC. LONG TERM DISABILITY PLAN FOR PHYSICIANS, <br><br> Defendants. | CASE NO.:   C09-03438 VRW <br><br> **STIPULATION OF THE PARTIES RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE IN THIS MATTER UNTIL AFTER MEDIATION AND [PROPOSED] ORDER]** <br><br> Action Filed: July 27, 2009 <br> Judge: Vaughn R. Walker <br> Location: San Francisco |

Plaintiff James McLean, M.D. ("plaintiff") and defendant Life Insurance Company of North America and the Permanente Medical Group, Inc. Long Term Disability Plan for Physicians ("defendants") hereby enter into the following stipulation:

1. The parties intend to pursue mediation through the court's sponsored Alternative Dispute Resolution program. Currently this matter is schedule for a Case Management Conference on November 5, 2009 at 3:30 p.m. The parties wish to move this Case Management Conference until after the mediation in this matter has been completed.

Accordingly, the parties hereby stipulate and jointly request that the court move the November 5, 2009 Case Management Conference in this matter to March 4, 2010 at 3:30 p.m. In the interim, the parties will pursue mediation through the court's Alternative Dispute Resolution program.

IT IS STIPULATED.

Date: October 29, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
SEAN P. NALTY
CHRISTINA R. VAN WERT
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: October 29, 2009    JULIAN M. BAUM & ASSOCIATES

By: /s/ Julian Baum
JULIAN BAUM
Attorneys for Plaintiff
JAMES MCLEAN

ORDER

Based on the stipulation of the parties and good cause appearing therefore,

The Case Management Conference in the above-captioned matter currently for November 5, 2009 is hereby continued to March 4, 2010 at 3:30 p.m.

IT IS SO ORDERED.

Dated: Nov 2, 2009

The Honorable
Judge of the United

GRANTED
Judge Vaughn R Walker

## CERTIFICATE OF SERVICE
*James McLean, M.D. v. LINA*
*USDC, Northern District Case No.: CV09-03438 VRW*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION OF THE PARTIES RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE IN THIS MATTER UNTIL AFTER MEDIATION AND [PROPOSED ORDER]**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☑ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

Julian M. Baum
Julian M. Baum & Associates
9 Tenaya Lane
Novato, California 94947
Phone: (415) 892-3152
Fax: (888) 452-3849
E-mail: JMB@JMBLawGroup.com
**Attorney for Plaintiff,**
**James McLean, M.D.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **October 29, 2009** at San Francisco, California.

_Stacey Muller_

1
PROOF OF SERVICE

485908.1