United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES MCLEAN, M.D.,                          No.  C 09-3438   VRW  (MED)

            Plaintiff(s),                    **ORDER OF DISMISSAL**

    v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA, et al.,

            Defendant(s).
_____/

        Having advised the court  that the parties have agreed to a settlement;   IT IS HEREBY

ORDERED that this cause of action be dismissed with prejudice,  provided, however, that if any

party hereto shall certify to this court, within ninety days, with proof of service of a copy thereof,

that the agreed consideration for said settlement has not been delivered over, the foregoing order

shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: February 18, 2010

_____
VAUGHN R WALKER
UNITED STATES DISTRICT CHIEF JUDGE