**FILED**

JUN - 1 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1  JULIAN M. BAUM (CA State Bar No. 130892)
   LISA A. LAWRENCE (CA State Bar No. 132310)
2  **JULIAN M. BAUM & ASSOCIATES**
   9 Tenaya Lane
3  Novato, California 94947
   Telephone: (415) 963-4424
4  Facsimile: (888) 452-3849
   E-Mail: JMB@JMBLawGroup.Com
5          LAL@JMBLawGroup.Com

E-FILING

CHAMBERS COPY – VRW

DO NOT FILE

6  Attorneys for Plaintiff

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES MCLEAN, M.D., an individual,       )
                                              )  Case No. C 09-03438 VRW
12          Plaintiff,                        )
                                              )
13  v.                                        )  CERTIFICATION PURSUANT TO ORDER
                                              )  OF DISMISSAL AND
14  LIFE INSURANCE COMPANY OF NORTH           )
    AMERICA; THE PERMANENTE                   )  [proposed] ORDER
15  MEDICAL GROUP, INC. LONG TERM             )
    DISABILITY PLAN FOR PHYSICIANS            )
16                                            )
                                              )
17          Defendants.                       )
                                              )
18                                            )
                                              )
19                                            )
                                              )
20  _____        )

21

22

23  ///

24

25  ///

26

27  ///

28

---

CERTICATION AND [PROPOSED] ORDER    Page 1 of 2           Case No. C 09-03438 VRW

## CERTIFICATION

1. By Order dated February 18, 2010 the Court ordered this action dismissed with prejudice following the parties' agreement to a settlement, provided, however, that if any party shall certify to the Court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the Court's order of dismissal shall stand vacated and the cause forthwith be restored to the calendar to be set for trial.

2. Plaintiff James McLean, by and through his undersigned counsel of record, hereby certifies that the agreed consideration for said settlement has not yet been delivered over.

3. Plaintiff respectfully requests that the Court stay its Order of Dismissal dated February 18, 2010 for ten days from the date of this Certification, *i.e.*, through May 27, 2010. Plaintiff respectfully undertakes to file, on May 27, 2010, a further Certification if the agreed consideration for said settlement has not been delivered over by that date.

Dated: May 17, 2010

Respectfully Submitted,
JULIAN M. BAUM & ASSOCIATES

by /s/ by Julian M. Baum
JULIAN M. BAUM
Attorneys for Plaintiff

## ORDER

The above Certification having been presented to the Court, **IT IS ORDERED** as follows:

1. The Court's Order of Dismissal dated February 18, 2010 is hereby stayed through May 27, 2010;

2. On May 27, 2010, if the agreed consideration for the above-referenced settlement has not been delivered over by that date, plaintiff shall file and serve a further Certification to that effect, and the Order of Dismissal shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: May 28, 2010

VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE